**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Gene Gibbs, Respondent,

v.

Jill Roberts Gibbs, Petitioner.

Appellate Case No. 2017-000470

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Greenville County
Gwendlyne Y. Jones, Family Court Judge

---

Memorandum Opinion No. 2018-MO-021
Heard May 24, 2018 – Filed May 30, 2018

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

J. Falkner Wilkes, of Greenville, for Petitioner

Bobby H. Mann, Jr., and Philip J. Temple, both of Temple and Mann, of Greenville, for Respondent

---

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' decision in *Gene Gibbs v. Jill Gibbs*, No. 2016-UP-454 (S.C. Ct. App. filed Nov. 9, 2016). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**